# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Charlie Fennell, Jr.,                                       :
                                                           :
                              Plaintiff,                   :
                                                           :        Case: 1:09-CV-01976-CKK
v.                                                         :
                                                           :
AARP,                                                     :
                                                           :
                                                           :
                              Defendant.                  :
                                                           :

## ENTRY OF APPEARANCE

To the Clerk of the Court and All Parties of Record:

Please enter the appearance of Mark J. Jacoby, Esq., Debevoise & Plimpton LLP, 555 13th

Street, N.W., Washington, D.C. 20004, 202.383.8000, as counsel in this case for Plaintiff

Charlie Fennell, Jr.

Respectfully Submitted,

/s/ Mark J. Jacoby_____
Mark J. Jacoby (#502941)

Debevoise & Plimpton LLP
555 13th Street, NW
Washington, DC 20004
(202) 383 - 8000
Fax: (202) 383-8118
Email: mjjacoby@debevoise.com

Counsel for Plaintiff Charlie Fennell, Jr.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Entry of Appearance of Mark J. Jacoby was served on the 1st day of December, 2011 via first class postage prepaid mail upon the following:

Frank Charles Morris , Jr.
EPSTEIN, BECKER & GREEN, P.C.
1227 25th Street, NW
Suite 700
Washington, DC 20037
(202) 861-1880
Fax: (202) 861-3520
Email: fmorris@ebglaw.com

Kathleen M. Williams
EPSTEIN, BECKER & GREEN, P.C.
1227 25th Street, NW
Suite 600
Washington, DC 20037
(202) 861-1871
Fax: (202) 296-2882
Email: kwilliams@ebglaw.com


/s/ Mark J. Jacoby
Mark J. Jacoby, Esq.

December 1, 2011