UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CHARLIE FENNELL, JR., )<br>)<br>PLAINTIFF, )<br>)<br>v. )<br>)<br>AARP, )<br>)<br>DEFENDANT. )<br>) | Case: 1:09-CV-01976-JEB |

NOTICE OF WITHDRAWAL OF APPEARANCE OF
JONATHAN R. TUTTLE

To the Clerk of the Court and All Parties of Record:

NOTICE is hereby given of the withdrawal of Jonathan R. Tuttle as counsel of record for

Plaintiff, Charlie Fennell, Jr. in the above captioned matter.

Dated:  December 19, 2011
          Washington, D.C.

                                      Respectfully Submitted,

                                      /s/ Jonathan R. Tuttle
                                      Jonathan R. Tuttle

                                      DEBEVOISE & PLIMPTON LLP
                                      555 13th Street, NW
                                      Washington, DC 20004
                                      (202) 383 - 8000
                                      Fax: (202) 383-8118
                                      Email: jrtuttle@debevoise.com

                                      *Counsel for Plaintiff*

**CERTIFICATE OF SERIVCE**

I hereby certify that on December 19, 2011, I caused the foregoing NOTICE OF WITHDRAWAL OF APPEARANCE OF JONATHAN R. TUTTLE to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to registered parties.

/s/ Jonathan R. Tuttle
Jonathan R. Tuttle